AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Daughtrey, Martha C | 2. Court or Organization<br><br>6th Circuit Court of Appeals | 3. Date of Report<br><br>6/4/2004 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial  ⦿ Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>300 Customs House<br>701 Broadway<br>Nashville, TN 37203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1975-93 | Tennessee State Retirement System (former state judge) |
| 2. | 1972-75 | TIAA-CREF (former law professor) |

RECEIVED
2004 JUN -9 A 11:10
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 7/03 | Institute of Judicial Administration, 1-wk seminar | 1500.00 |
| 2. | 2003 | The Tennessean | 0.00 |
| 3. | 2003 | Tennessee State Retirement System | 26,400 |
| 4. | 2003 | ▓▓▓▓ Social Security | ▬ ▬ |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Institute of Judicial Administration/FJC | 7/14/03 - New York City - Appellate Judges Seminar - t,l,f |
| 2. | Univ. of Cincinati | 2/22/02 - White Plains, NY - moot court - t,l,f |
| 3. | ASIL | 10/31/03 - Washington DC - Committee mtg - t,l,f |
| 4. | ABA | 11/14/03 - Chicago - Section mtg - t,l,f |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Countrywide Home Mortgage, Phoenix | partnership in ▓▓▓▓ home | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Daughtrey, Martha C | 6/4/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Alliance Money Reserves (Money Market) | A | Dividend | K | T | | | | | |
| 2. AmSouth (stock) | A | Dividend | J | T | | | | | |
| 3. AmSouth (checking accounts) (formerly First American Bank) | C | Interest | M | T | | | | | |
| 4. Lincoln Trust, Denver (IRA) | A | Dividend | K | T | | | | | |
| 5. Williams Co. (stock) | A | Dividend | J | T | | | | | |
| 6. Gannett, Inc. (stock) | A | Dividend | K | T | | | | | |
| 7. Alliance Cap. Res. (money market) | A | Interest | L | T | | | | | |
| 8. Lincoln Trust, Denver, Colorado (IRA) | A | Dividend | K | T | | | | | |
| 9. American Electric Power (stock) | A | Dividend | J | T | | | | | |
| 10. Bristol Meyer Co. (stock) | A | Dividend | J | T | | | | | |
| 11. J.P. Morgan Chase (stock) (merged with Chase Manhattan) | A | Dividend | K | T | | | | | |
| 12. Kroger Co. (stock) | A | Dividend | J | T | | | | | |
| 13. Williams Co. (stock) | A | Dividend | J | T | | | | | |
| 14. Chevron Corp. (stock) | C | Dividend | L | T | partial sale | 12/17 | K | | |
| 15. Morgan Stanley Harbor I (annuity) | C | Interest | L | T | | | | | |
| 16. TIAA-CREF (stock and annuity) | A | Interest | M | T | | | | | |
| 17. Bank of America (checking acct) | A | Interest | J | T | | | | | |
| 18. Gannett 401(k) (Pension account) | A | Dividend | L | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4) A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3) J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes: (See Column C2) Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Daughtrey, Martha C | 6/4/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Terra Industries (stock) | A | Dividend | J | T | | | | | |
| 20. Longleaf Partners (mutual fund) | A | Dividend | M | T | | | | | |
| 21. Mutual Series Beacon Fund (mutual fund) | A | Dividend | L | T | | | | | |
| 22. T Rowe Price Stock Fund (mutual fund) | A | Dividend | K | T | | | | | |
| 23. Kaufman Fund (mutual fund) | D | Dividend | K | T | | | | | |
| 24. IKon Office Solutions (stock) | A | Dividend | J | T | | | | | |
| 25. J. Alexanders Corp. (corp. bond) (IRA) | A | Dividend | J | T | Redemption | 2/25 | J | | |
| 26. Pershing Government Account (Money Market) | A | Interest | J | T | | | | | |
| 27. Household Int'l (stock)(now called HSBC Holdings) | A | Dividend | J | T | | | | | |
| 28. Exxon Mobil (stock) | A | Dividend | K | T | | | | | |
| 29. Dell Computer (stock) | A | Dividend | J | T | | | | | |
| 30. EMC Corp (stock) | A | Dividend | J | T | | | | | |
| 31. Intel Corp (stock) | A | Dividend | J | T | | | | | |
| 32. Oracle Corp (stock) | A | Dividend | J | T | | | | | |
| 33. Sun Micro Systems (stock) | A | Dividend | J | T_ | | | | | |
| 34. Pioneer Natural Resources, Midland TX | A | Royalty | J | W | | | | | |
| 35. Zimmer Hldgs Inc. (stock) | A | Dividend | J | T | | | | | |
| 36. Plains Mktg. , LP, Houston, TX | A | Royalty | J | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daughtrey, Martha C | 6/4/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Tyco Int'l (stock) | A | Dividend | J | T | Sell | 12/17 | J | | |
| 38. Morgan Stanley Income Trust | A | Dividend | J | T | | | | | |
| 39. Morgan Stanley Sched. Annuity Manager | C | Interest | L | T | | | | | |
| 40. Morgan Stanley Multi-Mkt. (mutual fund) | B | Dividend | K | T | | | | | |
| 41. Dodge & Cox Stock Fund | A | Dividend | J | T | | | | | |
| 42. Vanguard 500 Fund | A | Dividend | J | T | | | | | |
| 43. Vanguad Spec. Health Care Fund | A | Dividend | K | T | | | | | |
| 44. Health Management Assoc. (stock) | A | Dividend | J | T | Buy | 6/13 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

SECTION VII, line 31 of the 2002 report contained an error. The value code for the Pershing Govt money market account should have been J, not L. It is correctly reported on this report at line 25.

SECTION VIII, lines 8 and 9 of the 2002 report were redundant. We have only one Alliance Money Market account, correctly reported this year at line 7.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date  **06.04.04**_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544